# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 27, 2009

Marilyn Kelly,
Chief Justice

136504

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

ASSOCIATION OF BUSINESSES
ADVOCATING TARIFF EQUITY,
      Plaintiff-Appellant,

v

                                 SC: 136504
                                 COA: 275198
MICHIGAN PUBLIC SERVICE             MPSC: U-00-014547
COMMISSION and CONSUMERS
ENERGY COMPANY,
              Defendants-Appellees.
_____

      On order of the Court, the application for leave to appeal the April 10, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 27, 2009

_____
Clerk

l0120